IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Valdosta DIVISION

RECEIVED
CLERK'S OFFICE
2013 JUN 28 AM 9:43
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
VALDOSTA, GEORGIA

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Jermichael Pearson - 1104551

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

Warden Cedric Taylor
Deputy Warden Care of Treatment Ted
Philbin, Calvin Orr
Cert Team officer Weston

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:
7:13-CV-26 (HL)

## I. GENERAL INFORMATION

1. Your full name and prison number  Jermichael Pearson - G.D.C 1104551
2. Name and location of prison where you are now confined  Valdosta State Prison
3. Sentence you are now serving (how long?)  12 Years
   (a) What were you convicted of?  5 Counts of Arm Robbery And Possesion of A firearm by Convicted felon.
   (b) Name and location of court which imposed sentence  DeKalb County
   (c) When was sentence imposed?  May 22, 2007
   (d) Did you appeal your sentence and/or conviction?  Yes ☐  No ☑
   (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       _____
       _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____

_____     _____

_____     _____

_____     _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? While I was in Cell K-2 #15 in Administration Segregation Housing Unit.

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑   No ☐

(2) If Yes, what was the result? My Grievance was forwarded to Internal Affairs for Investigation. I still haven't received a response for redress.

_____

(3) If No, explain why not: _____

_____

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

___

___

___

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes [✓]   No [ ]

(1) If Yes, to whom did you appeal and what was the result? To Internal Affairs: It's been surpass Statutory limitation of 90 days and I haven't received a response.

(2) If No, explain why you did not appeal: ___

___

10. In what other institutions have been confined? Give dates of entry and exit.
Telfair State Prison entry date 8-2-07 exit date 1-31-10
Ware State Prison entry date 1-31-10 exit date 5-5-11
"Upon information and belief"

___

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Valdosta State Prison P.O. Box 310 Valdosta, GA 31603

___

___

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
Deputy Warden of Care and Treatment Ted Philbin
Deputy Warden of Security Calvin Orr
Warden Cedric Taylor
Cert Team official Weston

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim **SEPARATELY**.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? Valdosta State Prison Administration Segregation Housing Unit K-2b

**WHEN** do you allege this incident took place? 1-15-13

**WHAT** happened? "I hereby Jermichael Pearson, would like to inform the Court first I wish to pursue the excessive force complaint in this Civil Action.

Excessive Use Force Complaint:

On 1/15/13, I scrutinized a gang member pop out of his cell in K-2 cell 18 three doors down from me. And commenced stabbing a inmate name Tim while he was in handcuffs coming back off the recreational yard to go back inside of his cell.

The duty officer Mr. Bryant whom was escorting the Inmate all by himself had took into notice of the gang member holding a knife in his hand prior to the stabbing. And ran out of the housing unit front door shutting it behind him leaving the Inmate unprotected.

The Inmate was stabbed 14 times in the back of his head, neck, and mid-chest area. He had to be rushed to go to a nearby hospital in critical life threatening conditions.

"Recast Complaint" rule 8 of the Fed.R.of Proc.
Continuation to complaint on Attached page 1 of 5.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Sgt Leeann Smith witnessed Cert Team officer Weston maliciously pepperspray me. Along with: Cert team officers Westlake, Schnake, & Ms. Porter. They were also aware of including the Defendants that the aforementioned perpetrator in the stabbing incident discarded the weapon inside my trap flap after the confrontation. By reviewing the monitors,

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.
"Prayer for Relief"
Plaintiff have no adequate remedy at law to redress the wrongs suffered as set forth in this complaint. Plaintiff have suffered and will continue to suffer irreparable injury as a result of the unlawful acts, omissions, policies, and practices of defendants, as alleged herein, unless plaintiff are granted the relief he request. Continuation to Relief on page 5 of 5.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 22 day of June, 20 13.

Jenmichael Pearson
PLAINTIFF