JERMICHAEL PEARSON - 1104557 J-1 #39
VALDOSTA STATE PRISON
P.O. BOX 310
VALDOSTA, GA 31603

To: GREGORY LEONARD
U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 68
VALDOSTA, GA 31601