# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**JERMICHAEL PEARSON**,

    Plaintiff,

v.

**CEDRIC TAYLOR, et al.**,

    Defendants.

Civil Action No. 7:13-CV-26 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 97). Judge Langstaff recommends denying Plaintiff's motion for appointment of counsel. (Doc. 90). To the extent that Plaintiff's motion and supplemental response (Doc. 92) may be construed as a Motion to Alter or Amend a Judgment brought pursuant to Federal Rule of Civil Procedure 59(e), Judge Langstaff recommends that the motion be denied.

Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Plaintiff's motion for appointment of counsel is denied. Viewing Plaintiff's supplemental response as a motion to alter or amend the Court's prior judgment, Plaintiff's motion is denied.

**SO ORDERED**, this the 10th day of November, 2014.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

aks